In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00082-CR
NO. 09-16-00083-CR

_____

**LLOYD EUGENE GOURLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-09-09695-CR (Counts I and II)**

**MEMORANDUM OPINION**

On February 24, 2016, the trial court sentenced Lloyd Eugene Gourley on convictions for evading arrest or detention with a motor vehicle and possession of a controlled substance. Gourley filed a notice of appeal on March 9, 2016. The trial court signed certifications in which the court certified that these are plea-bargain cases and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certifications to the Court of Appeals.

1

On March 14, 2016, we notified the parties that we would dismiss the appeals unless the appellant established grounds for continuing the appeals. No response has been filed. Because the trial court's certifications show the defendant does not have the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 12, 2016
Opinion Delivered April 13, 2016
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.